*923 524 U. S. 952;
524 U. S. 954;
524 U. S. 955;
523 U. S. 1010;
523 U. S. 1125;
523 U. S. 1140;
523 U. S. 1141;
523 U. S. 1100;
523 U. S. 1131;
524 U. S. 941;
524 U. S. 909;
*924 No. 97-8855.
No. 97-8861.
No. 97-8873.
No. 97-8875.
No. 97-8890.
No. 97-9002.
No. 97-9006.
No. 97-9089.
524 U. S. 957;
524 U. S. 950;
524 U. S. 943;
524 U. S. 931;
524 U. S. 931;
524 U. S. 958;
524 U. S. 931; and
524 U. S. 944. Petitions for rehearing denied.